No. 134. SIMPSON ET AL. *v.* SOUTHWESTERN RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. *Charles J. Bloch* for petitioners. *Walter A. Harris* and *John B. Miller* for respondents.

No. 136. MUNGIOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 140. PAPANIKOLAOU *v.* ATLANTIC FREIGHTERS, LTD., ET AL.; and

No. 141. THOMPSON, ADMINISTRATOR, *v.* ENDARA ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Jacob L. Morewitz* for petitioners. *Harry E. McCoy* for respondents in No. 140. *Raymond T. Greene, Guilford D. Ware* and *Hugh S. Meredith* for respondents in No. 141.

No. 143. CORY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioners. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 144. TUCK ET AL. *v.* CITY OF EL PASO ET AL. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. *Dan Moody* and *J. F. Hulse* for petitioners.

No. 145. JOHN DANZ CHARITABLE TRUST *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *F. A. LeSourd* for petitioner. *Simon E. Sobeloff*,

then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *Melva M. Graney* for respondent.

No. 146. LESLIE ET AL. *v.* HOUSTON NATURAL GAS CORP. Supreme Court of Texas. Certiorari denied. *Dan Moody* and *Fred W. Moore* for petitioners. *Leon Jaworski, John C. White* and *Milton K. Eckert* for respondent.

No. 147. NICHOLS ET AL. *v.* ALKER ET AL. C. A. 2d Cir. Certiorari denied. *Harold G. Aron* for petitioners. *Charles C. Lockwood* for Vanneck, *Percival E. Jackson,* pro se, and *David K. Kadane* for Barrett et al., respondents. With them on a brief in opposition to the petition was *Peter H. Kaminer.*

No. 98. PANHANDLE EASTERN PIPE LINE Co. *v.* CITY OF DETROIT ET AL.; and

No. 113. FEDERAL POWER COMMISSION *v.* CITY OF DETROIT ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Miller* and *Harry S. Littman* for petitioner in No. 98. *Willard W. Gatchell* and *C. Louis Knight* for petitioner in No. 113. *Charles S. Rhyne* and *Eugene F. Mullin, Jr.* for the City of Detroit, and *Harry A. Bowen* for Wayne County, respondents. Reported below: 97 U. S. App. D. C. 260, 230 F. 2d 810.

No. 108. SALTER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY. Supreme Court of Colorado. Certiorari denied. *Wesley E. McDonald* for petitioners.

No. 135. S. C. JOHNSON & SON, INC., *v.* GOLD SEAL Co. ET AL. United States Court of Appeals for the Dis-